UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ian A. Woods,<br><br>        Petitioner,<br><br>vs.<br><br>Brian Williams, Sr., et al,<br><br>        Respondents. | Case No.: 2:14-cv-01982-JAD-NJK<br><br>**Order**<br>[#1] |

    In this habeas corpus action, the petitioner, Ian A. Woods, a Nevada prisoner, has filed an application to proceed *in forma pauperis* (Doc. 1), along with a petition for a writ of habeas corpus.

    The financial information provided with the application to proceed *in forma pauperis* indicates that petitioner is able to pay the filing fee. Therefore, the *in forma pauperis* application shall be denied, and Woods will be required to pay the $5 filing fee.

    IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **(Doc. 1) is DENIED. Petitioner shall have until and including June 19, 2015, to have the filing fee of $5.00 sent to the clerk of the court. If petitioner fails to do so, this action will be dismissed.**

    IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check to be submitted to the court in payment of the filing fee.

    IT IS FURTHER ORDERED that if petitioner is unable to pay the filing fee at this time, he may submit a new application to proceed *in forma pauperis*, with the required signed financial certificate and account statement, renewing his application for *in forma pauperis* status.

    DATED May 12, 2015.

_____
Jennifer A. Dorsey
United States District Judge