# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ian A. Woods,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, Sr., et al.,<br><br>    Respondents | 2:14-cv-01982-JAD-NJK<br><br>**Order Directing Response to Petition for Writ of Habeas Corpus** |

In this habeas corpus action, on May 12, 2015, the court denied the application to proceed *in forma pauperis* filed by the petitioner, Ian A. Woods, and ordered Woods to pay the $5 filing fee Doc. 2. He did so on June 1, 2015. Doc. 3.

The court has reviewed Woods's petition for a writ of habeas corpus under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct the clerk of the court to serve the petition upon respondents and will set a schedule for respondents to appear in this action and respond to Woods's habeas petition.

IT IS THEREFORE ORDERED that **the clerk of the court shall separately file the petition for writ of habeas corpus**, which is currently found in the electronic file for this action as an attachment to the petitioner's application to proceed *in forma pauperis*. Doc. 1.

IT IS FURTHER ORDERED that **the clerk of the court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, to the CM/ECF docket, as counsel for respondents.**

IT IS FURTHER ORDERED that **the clerk of court shall serve respondents with a copy of the habeas corpus petition and a copy of this order.**

IT IS FURTHER ORDERED that **respondents have 45 days** from the date on which the petition is served upon them **to appear in this action and answer or otherwise respond** to the habeas corpus petition. Respondents must, in their initial responsive pleading (whether a motion or an answer), raise all potential procedural defenses, including the statute of limitations, lack of

. . .

exhaustion, and procedural default.

Dated this 19th day of June, 2015.

_____
Jennifer A. Dorsey
United States District Judge