UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IAN A. WOODS,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

_____/

2:14-cv-01982-JAD-NJK

**ORDER**

    In this habeas corpus action, the respondents were due to respond to the *pro se* habeas corpus petition by August 3, 2015. See Order entered June 19, 2015 (Doc. 4). On August 3, 2015, respondents filed a motion for extension of time (Doc. 7) requesting a 60-day extension of their response deadline. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that respondents' Motion for Extension of Time (Doc. 7) is **GRANTED**. Respondents shall have until and including **October 2, 2015**, to answer or otherwise respond to the habeas corpus petition in this action.

    Dated this 4th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE